# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Donald Anthony Swaby                         Docket No. 5:01-CR-181-1BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Donald Anthony Swaby, who, upon an earlier plea of guilty to Conspiracy to Distribute and Posses With Intent to Distribute Cocaine Base, 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 20, 2001, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

3. The defendant shall support his or her dependants.

Donald Anthony Swaby will be released from custody on July 7, 2011, at which time his term of supervised release will commence in the Middle District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Swaby has been approved to relocate to the Middle District of Florida upon his release from the Bureau of Prisons. The Middle District of Florida believes that offenders who are employed or have available income, should contribute to the cost of their treatment. They believe a co-pay plan is beneficial to the offender because the offender is required to invest both time and money in their treatment. As a result, they have requested that the conditions of supervision be modified to require the defendant to contribute to the costs of treatment services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Donald Anthony Swaby
Docket No. 5:01-CR-181-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8678<br>Executed On: February 25, 2011 |

### ORDER OF COURT

Considered and ordered this _28_ day of _February_, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge